IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DIANA MEYRI CALZADILLA § 
COSELLA, §
 §
Petitioner, §
 § No. 5:26-CV-00567-DAE
v. §
 §
VERGARA, et al., §
 §
Respondents. §

<u>ORDER FOR ADDITIONAL BRIEFING</u>

Before the Court is Diana Meyri Calzadilla Cosella's ("Petitioner")

Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (the

"Petition") (Dkt. # 10), Federal Respondents'[1] Response (Dkt. # 14), and

Petitioner's Reply (Dkt. # 15). The Court requires more information before it can

rule on the Amended Petition.

**IT IS THEREFORE ORDERED** that, on or before **March 29, 2026**,

Petitioner shall file supplemental briefing with answers to the following questions:

1.  When did Petitioner enter the United States for the first time?

---

[1] Federal Respondents include Miguel Vergara, Field Office Director of Enforcement and Removal Operations, San Antonio Field Office, Immigration and Customs Enforcement ("ICE"); Kristi Noem, Secretary of the U.S. Department of Homeland Security ("DHS"); DHS; Pamela Bondi, United States Attorney General; and Executive Office for Immigration Review ("EOIR").

2. At Petitioner's time of entry, was she apprehended by immigration authorities? If so, how long was she detained and when was she released?

3. Furthermore, if she was apprehended upon entry and released, was she released under (i) a grant of humanitarian parole pursuant to the Immigration and Nationality Act ("INA") § 212(d)(5)(A); or (ii) an order releasing her on her own recognizance?

4. Has Petitioner remained continuously in the United States since she first entered? If not, when was her most recent entry to the United States?

5. What were the circumstances of Petitioner's detention on September 28, 2025? In other words, how was Petitioner encountered by immigration authorities?

6. Does Petitioner have family in the United States? Does Petitioner have any United States Citizen or lawful permanent resident family members?

7. Does Petitioner have any criminal history? If so, please provide further details for the Court.

8. What other connections has Petitioner established with the United States, if any?

**IT IS SO ORDERED**.

**DATED**: San Antonio, Texas, March 19, 2026.

_____
David Alan Ezra
Senior United States District Judge

2